UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 19CR04904-001-MMA |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| John Samuel RENDON | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for June 1, 2020, is vacated and reset to July 20, 2020, at 9:00 a.m. in Courtroom 3D.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: __April 29, 2020__

_Michael M. Anello_
Michael M. Anello
U.S. District Judge

cc: all counsel of record