# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN SAMUEL RENDON,<br><br>    Defendant. | Case No. 19CR4904-MMA<br><br>**ORDER GRANTING JOINT MOTION TO WITHDRAW GUILTY PLEA**<br><br>[Doc. No. 39] |

    Defendant John Samuel Rendon is charged in a single-count Information with importing approximately 55.18 kilograms (121.65 pounds) of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, sections 952 and 960. *See* Doc. No. 10. On February 4, 2020, Defendant pleaded guilty to the charge. *See* Doc. No. 21. This Court accepted Defendant's guilty plea. *See* Doc. No. 24. The parties now jointly move to withdraw Defendant's plea pursuant to Federal Rule of Criminal Procedure 11. *See* Doc. No. 39.

    A district court may permit a defendant to withdraw an accepted guilty plea before sentencing if "the defendant can show a fair and just reason for requesting the withdrawal." Fed. R. Crim. P. 11(d)(2)(B). The defendant has the burden of demonstrating a fair and just reason for withdrawal of the plea, *see id.*; however, the standard is applied liberally. *See United States v. Nagra*, 147 F.3d 875, 880 (9th Cir.

1998); *see also United States v. Signori*, 844 F.2d 635, 637 (9th Cir. 1988) (stating that a motion to withdraw a plea pre-sentence should be "freely allowed"). "Fair and just reasons for withdrawal include inadequate Rule 11 plea colloquies, newly discovered evidence, intervening circumstances, or any other reason for withdrawing the plea that did not exist when the defendant entered his plea." *United States v. Ortega-Ascanio*, 376 F.3d 879, 883 (9th Cir. 2004).

Here, Defendant seeks to withdraw his previously entered plea of guilty based on post-plea developments, to wit, admission into the Veterans Diversion Program requiring entry into a specific Veterans Diversion Program plea agreement and Veterans Diversion Program Agreement for Veterans Treatment Court. Upon due consideration, the Court finds that these circumstances constitute a "fair and just reason" for withdrawal of Defendant's guilty plea.

Accordingly, the Court **GRANTS** the parties' joint motion and permits Defendant to withdraw his previously entered guilty plea.

**IT IS SO ORDERED**.

DATE: December 2, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge